**FILED**

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

JUN 1 4 1999

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

IN RE:

12-33697

In Proceedings for a Wage Earner's
Plan under Chapter 13

TALAYA JOHNSON
Debtor

:
:

Case No. 95-00146

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS PURSUANT TO
## 11 U.S.C. SECTION 347(a) AND BANKRUPTCY RULE 3011

Comes now Cynthia A. Niklas, Esquire, Chapter 13 Trustee, and pursuant to 11 U.S.C.

Section 347(a) and Bankruptcy Rule 3011, reports as follows:

1.  A stop payment order has been issued for the following distribution check that has

remained outstanding for a period exceeding 90 days following final distribution under 11 U.S.C.

Section 1326:

| | |
|---|---|
| American Honda Finance<br>7913 Harford Rd.<br>Baltimore, MD 21234 | Name & Address of Claimant |
| $447.16 | 11/98 Ck. No. 195438 |
| $447.16 | Total |

2.  The Trustee requests that the attached check #901591 payable to the Clerk, U.S.

Bankruptcy Court representing said unclaimed funds be deposited into the Registry of the Court

and disposed of under 28 U.S.C. Section 129.

ATTORNEY AT LAW
CYNTHIA A. NIKLAS
CHAPTER 13 TRUSTEE
DISTRICT OF COLUMBIA

SUITE 211
4545 FORTY SECOND ST. N.W.
WASHINGTON D.C.
20016-4623
(202) 362-8500
FAX (202) 362 3487

CYNTHIA A. NIKLAS
Chapter 13 Trustee

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Report was mailed, postage prepaid, this 11th
day of June 1999, to American Honda Finance at the address stated above.